The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROGER ALLEN YBARRA BERGER,

Defendant.

NO. CR17-023 RAJ

~~PROPOSED~~ ORDER CONTINUING
TERMS OF SUPERVISION

The Court finds that Roger Allen Ybarra Berger has committed Violations 1-8, as
alleged in the petitions, dated March 3, 2017, March 14, 2017, and April 5, 2017, and
HEREBY ORDERS that the terms of supervised release continue in full effect.

DATED this _7th_ day of July, 2017.

HONORABLE RICHARD A. JONES
United States District Judge

Presented by:

_/s/ Marie M. Dalton_
MARIE M. DALTON
Assistant United States Attorney

ORDER CONTINUING SUPERVISION - 1
*United States v. Ybarra Berger*, CR17-023 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970